Case: 1:23-mj-164
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 7/12/2023
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

In late 2021, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), as part of an investigation into drug and firearms traffickers around the Columbia Heights Village area of Washington, D.C., observed an individual they later identified as Rashaad MCDOWELL ("MCDOWELL") conducting a suspected hand-to-hand sale of narcotics in front of 1319 Columbia Rd. NW, Washington, D.C. MCDOWELL was observed handing the white contents of a plastic bag to an unknown male in exchange for U.S. Currency.

On January 18, 2023, an ATF confidential informant attempted to conduct a controlled buy by calling a phone number known to be used by MCDOWELL and requesting a quantity of crack cocaine. MCDOWELL informed the CI that he was out of product.

In the morning of February 8, 2023, ATF and other law enforcement executed a residential search warrant at MCDOWELL's suspected residence, ██████ Harvard Street NW, Washington, D.C. Pursuant to the search warrant, law enforcement searched MCDOWELL's apparent bedroom and recovered the following:

- a loaded Glock 19 9mm caliber pistol bearing the serial number MRF116, with 17 rounds in the magazine and 1 in the chamber;
- a large bag containing a green leafy substance weighing approximately 336 grams, a bag containing a green leafy substance weighing approximately 22.6 grams (in total, approximately 359 grams – just over 12.6 ounces – of suspected marijuana, the contents of one bag of which field-tested positive for THC);
- a clear sandwich bag of suspected crack cocaine, that is, a white rock-like substance weighing approximately 29.4 grams, which field-tested positive for cocaine; and
- a box of clear sandwich bags.

In my training and experience, the amounts of the substances recovered, including in connection with the packaging and paraphernalia, are consistent with distribution and not personal use.

MCDOWELL was not present at the time of the search warrant. MCDOWELL's girlfriend was present and stated that she sometimes visited and that this was MCDOWELL's bedroom. Agents noted that one half of the room contained female clothing. In the other half of the bedroom identified as MCDOWELL's, agents found a medical note addressed to MCDOWELL, bearing his name, and contained male clothing; on top of the male clothing was the aforementioned Glock firearm and one of the bags of marijuana.

Subsequent to the February search warrant, law enforcement learned that MCDOWELL was again engaged in apparent drug trafficking activity through his Instagram account, which is subscribed to an email address in his name. Multiple posts made by MCDOWELL on this account indicated his continued trafficking of controlled substances after the search warrant. MCDOWELL frequently posted large amounts of green leafy substances, that is, apparent marijuana, consistent with distribution amounts. For instance, on or about May 25, 2023,

MCDOWELL posted two Instagram stories depicting distribution quantities of apparent marijuana.  The text in one video says "I WANT 600 A BAG DON'T CALL ME IF YOU EVEN 25 CENT SHORT".  Based on the video, and the verbiage, your affiant believes MCDOWELL was using the account as a platform to sell marijuana for $600.00 a bag:



Your affiant also observed numerous Instagram messages in which MCDOWELL appeared to transact in controlled substances including marijuana.  On or about June 5, 2023, one user messages MCDOWELL, "I got 100 hm grams u got me & it's my bday," appearing to ask how many grams he has.  MCDOWELL responds, "This za so I'll give you like 16 grams" – with "za" referring, in your affiant's training and experience, to a higher-priced, exotic strain of marijuana.  MCDOWELL then asks, "You want it while I'm on this side"; the user responds "Yea" and MCDOWELL says "Bet."

On or about June 5, 2023, another user messages MCDOWELL, "Got some g," appearing to ask if he has "gas," which your affiant knows in his training and experience to be a street term for marijuana.  MCDOWELL responds, "Only za cousin rn [right now]," referring to the higher-priced strain of marijuana.  The user responds, "Shit smoking" and MCDOWELL appears to respond, "Hell yea" and "😂😂😂😂😂" with numerous laughing emojis.  The user asks "wya [where you at]" and MCDOWELL responds, "Harvard," appearing to refer to his street address.

In the morning of July 12, 2023, ATF and other law enforcement executed a search warrant at 1345 Harvard Street NW in Washington, D.C.  Pursuant to the search warrant, law enforcement searched the bedroom previously identified as MCDOWELL's and recovered a

satchel that your affiant has previously and repeatedly observed MCDOWELL holding on Instagram.  In the satchel was:

- one clear plastic baggie containing nine clear plastic vials of suspected Phencyclidine (PCP), that is, a yellow-brown liquid consistent with the smell of PCP, weighing approximately 20.4 grams with packaging;
- one clear plastic baggie containing suspected heroin, that is, a brown and white powdery substance weighing approximately 17.5 grams with packaging;
- one clear plastic baggie containing a suspected crack cocaine, that is, a white powdery substance, weighing approximately 3 grams with packaging;
- one clear twisted plastic baggie containing 29 suspected oxycodone pills that appear to be pressed, that is, small circular blue pills with an "M" and "30" imprinted on each side;
- one bag containing suspected marijuana, that is, a green-leafy plant-like substance weighing approximately 32.5 grams with packaging.

Also in the bedroom was one digital scale and multiple pieces of mail addressed to MCDOWELL at the residence's address.  There was also male clothing.  Another occupant of the residence reiterated that this was MCDOWELL's bedroom.

In my training and experience, the amounts of the suspected PCP, heroin, and oxycodone are independently consistent with distribution and not personal use; and the amounts of all the substances in proximity with one another, and in conjunction with the scale, packaging, and MCDOWELL's Instagram communications, are additional indicia of MCDOWELL's intent to distribute.

During the course of the search, agents also recovered a loaded Glock 43X 9mm caliber pistol, bearing the serial number BWVA518, with five rounds in the magazine and one round in the chamber, from inside of an unoccupied bedroom on the third floor.

Based on the foregoing, I submit that there is probable cause to believe that on February 8, 2023, RASHAAD MCDOWELL violated 21 U.S.C. § 841(a)(1) and (b)(1)(D), which makes it a crime to possess with intent to distribute marijuana, and 18 U.S.C. § 924(c)(1)(A)(i), which makes it a crime to possess a firearm in connection with a drug trafficking offense.

I also submit that there is probable cause to believe that on July 12, 2023, RASHAAD MCDOWELL violated 21 U.S.C. § 841(a)(1) and (b)(1)(C), which makes it a crime to possess with intent to distribute Phencyclidine (PCP).

_____
SPECIAL AGENT JEFFREY KRAUS, BADGE #6759
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, 12th day of July, 2023.*

_____

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE